No. State 228. GROSS, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 219 N. W. 2d 407.)

The cause was submitted for the plaintiff in error on the brief of *Anthony K. Karpowitz* and *Laurence E. Norton II,* both of Legal Aid Society of Milwaukee, and

for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *Robert D. Martinson,* assistant attorney general.

Judgment and orders affirmed.